## STATE v. HINTON

No. 488P89

Case below: 95 N.C.App. 683

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## STATE v. JAMES

No. 548P89

Case below: 96 N.C.App. 275

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## STATE v. KISER

No. 6P90

Case below: 96 N.C.App. 514

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## STATE v. MANNING

No. 563PA89

Case below: 96 N.C.App. 502

Petition by the Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1990.

## STATE v. OUTLAW

No. 543P89

Case below: 96 N.C.App. 192

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.